IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN HERNANDEZ, Personal Representative for the Estate of Saul Hernandez;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:18CV62<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the Order for Initial Progression of Case, (Filing No. 16). Including all unexpired deadlines within it, is vacated.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge