IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN HERNANDEZ, Personal Representative for the Estate of SAUL HERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | Case No. 8:18-cv-00062<br><br>**UNION PACIFIC'S MOTION IN LIMINE *(DAUBERT)* TO EXCLUDE DR. ROBERT P. GALE** |

COMES NOW Defendant Union Pacific Railroad Company ("Union Pacific") and moves in limine to exclude at trial Plaintiff from proffering the expert testimony of Dr. Robert P. Gale on medical causation and Plaintiff's alleged exposures because, as shown in the accompanying brief and evidence, all such opinions fail to meet the requirements of admissibility as set forth in Fed. R. Evid. 701, 702, 703, 705, and *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993).

WHEREFORE, Union Pacific respectfully requests the Court to enter an order granting this motion and excluding the expert testimony at trial of Dr. Robert P. Gale on the issue of medical causation and Plaintiff's alleged exposures.

DATED this 3rd day of April, 2020.

                                         UNION PACIFIC RAILROAD COMPANY, Defendant,

                                         By:   /s/ Maria T. Lighthall
                                                         Anne Marie O'Brien, #18271
                                                         Maria T. Lighthall, #24110
                                                         LAMSON DUGAN & MURRAY LLP
                                                         10306 Regency Parkway Drive
                                                         Omaha, NE 68114
                                                         Tel: (402) 397-7300 /Fax: (402) 397-7824
                                                         aobrien@ldmlaw.com
                                                         mlighthall@ldmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record, and there are no participants to send the foregoing document to by United States Postal Service.

Shawn M. Sassaman,
BERN CAPPELLI, LLP
101 W. Elm Street, Suite 215
Conshohocken, PA 19428
SSassaman@bernllp.com

#704742

/s/ Maria T. Lighthall

2